SCHWARTZ, Senior Judge
(dissenting).
In my view, the confession which was the most significant aspect of the prosecution’s case, should have been suppressed as the product of an unlawful, non-consensual confinement, that is, an arrest, which was not supported by probable cause. See Brown v. Illinois, 422 U.S. 590, 95 S.Ct. 2254, 45 L.Ed.2d 416 (1975); Florida v. Royer, 460 U.S. 491, 103 S.Ct. 1319, 75 L.Ed.2d 229 (1983), affirming Royer v. State, 389 So.2d 1007 (Fla. 3d DCA 1979); Ladson v. State, 63 So.3d 807 (Fla. 3d DCA 2011) (Schwartz, Senior J. dissenting); B.S. v. State, 548 So.2d 838 (Fla. 3d DCA 1989); Taylor v. State, 355 So.2d 180 (Fla. 3d DCA 1978).